ALFRED E. UNDERHILL ET AL v. MUSKEGON BOOMING CO.

*Costs for vexatious litigation.*

Where costs for vexatious litigation are not applied for, the affirmance
of judgment against a plaintiff who has made out no case, will not
necessarily give more than ordinary costs.

Error to Muskegon.  Submitted Jan. 26.  Decided Jan. 28.

ASSUMPSIT.  Plaintiffs bring error.  Affirmed.

*Stephenson & McLaughlin* for plaintiffs in error.

*Smith, Nims, Hoyt & Erwin* for defendant in error.

CAMPBELL, J.   This case in no respects differs from what
it was when formerly before us.   *Underhill v. Muskegon
Booming Co.* 40 Mich. 660; *Muskegon Booming Co. v.
Underhill* 43 Mich. 629.   The plaintiff made out no case
whatever, and judgment was properly rendered against him.
The attempt in this way to protract litigation is a grievance
to the defendant, but as no application is made for more than
ordinary costs the judgment is affirmed with costs.

The other Justices concurred.